Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALICE AVERY and SADIE AVERY, Respondents, for Compensation under the Workmen's Compensation Law, v. SHERWOOD SHOE COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.—Appeal dismissed. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES E. HOOPER, Administrator, etc., of MARY ABRAHAM, Deceased, Respondent, for Compensation under the Workmen's Compensation Law, v. SAUQUOIT SPINNING COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. METROPOLITAN LIFE INSURANCE COMPANY, Relator, v. WALTER H. KNAPP and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Order settled as proposed by the relator.

R. DE WITT VEEDER, Respondent, v. SCHENECTADY HUDSON THEATRE COMPANY, Appellant.— Motion granted.

ARTHUR J. VADNEY, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Motion denied.

MAY W. WALTERS, Appellant, v. TRUMAN J. WHITMAN and ANNA W. ATKINSON, Respondents.— Judgment unanimously affirmed, with costs.